UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: SA CV 05-615 AHS (MLGx)          Date: February 3, 2009

Title:    All Cities Realty, Inc. v. CF Real Estate Loans, Inc., et al.
==================================================================
PRESENT: **HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

  Ellen Matheson                              Not Present
  Deputy Clerk                                Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:**    (In Chambers) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED PENDING RESOLUTION OF BANKRUPTCY PROCEEDINGS

       On June 22, 2005, plaintiff All Cities Realty, Inc. ("All Cities") filed suit against defendant CF Real Estate Loans, Inc. ("CF Real Estate"), alleging causes of action for trademark infringement, common law unfair competition, and statutory unfair competition. On February 21, 2008, All Cities filed an action styled, All Cities Realty, Inc. v. Hollymax Realty, Inc., et al., SA CV 08-195 CJC (MLGx), which is currently pending before Judge Cormac J. Carney. On March 7, 2008, CF Real Estate filed a Notice of Related Cases pursuant to Local Rule 83-1.4. According to the Notice of Related Cases, SA CV 08-195 involves "all or a material part of the subject matter of this action," as well as corporate defendants "which are owned by the defendant in this action." (Notice at 2.)

       On December 23, 2008, All Cities filed a First Amended Complaint ("FAC") in SA CV 08-195. In the FAC, All Cities alleges that defendants Hollymax Realty, Inc., and Commbroker, Inc. ("Commbroker") are the alter-egos of defendant Kelli Todd, the principal of the defendant in SA CV 05-615. On January 27, 2009, Commbroker notified the Court in SA CV 08-195 that it filed a petition for bankruptcy on January 23, 2009. Given the alter-ego allegations in the FAC, Commbroker's bankruptcy operated as an automatic stay of proceedings in SA CV 08-195.

       In light of the alter-ego allegations in SA CV 08-195, the filing of Commbroker's bankruptcy, and the potential

<u>All Cities Realty, Inc. v. CF Real Estate Loans, Inc., et al.</u>
SA CV 05-615 AHS (MLGx)
February 3, 2009


connection between the defendants in the two cases, the parties are hereby ordered to show cause in writing, no later than ten days from the date of this Order, why this action should not be stayed pending resolution of Commbroker's bankruptcy proceedings. <u>See</u> 11 U.S.C. § 362(a).

  The Clerk is directed to serve this Order on counsel for all parties in this action.