**LAW OFFICES OF JEFFREY F. SAX**
Jeffrey F. Sax (SBN: 109902)
660 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 623-5700
Facsimile: (213) 623-5900

Attorneys for Plaintiff,
ALL CITIES REALTY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL CITIES REALTY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CF REAL ESTATE LOANS, INC., a California Corporation Doing Business As REMAX ALL CITIES REALTY, and Does 1 through 20, Inclusive.,<br><br>Defendants | Case No: SA CV05-0615-AHS (MLGx)<br><br>**PLAINTIFF ALL CITIES REALTY, INC.'S CONDITIONAL NON-OPPOSITION TO DEFENDANT RE/MAX ALL CITIES REALTY'S EX PARTE APPLICATION TO CONTINUE TRIAL**<br><br>Discovery<br>Cut-Off Date: Aug. 31, 2006<br><br>ORIGINAL Pre-Trial<br>Conference Date: Feb. 26, 2007<br><br>ORIGINAL<br>Trial Date: April 10, 2007<br><br>CURRENT<br>Trial Date: Sept. 15, 2009 |

LAW OFFICES OF
JEFFREY F. SAX
0 South Figueroa Street
24th Floor
os Angeles, CA 90017
(213) 623-5700

1

**PLAINTIFF'S CONDITIONAL NON-OPPOSITION TO DEFENDANT'S EX PARTE MOTION**

## DECLARATION OF JEFFREY F. SAX

I, Jeffrey F. Sax, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, am admitted to this Court, and am attorney of record for Plaintiff All Cities Realty, Inc. in this action.

2. I have personal knowledge of the facts set forth below and, if called as a witness, could competently testify thereto.

3. Mr. Sandelands first communicated his desire for the continuance while I was on vacation and for the most part unreachable. He did not communicate his desire to bring the motion on an ex parte basis and specifically mentioned the 20 day waiting period under the local rules. When I returned from vacation on July 29, 2009, his request was not the first thing on my agenda since I thought I had about 10 days left to respond. Instead, he simply filed the ex parte motion. Had Mr. Sandelands waited, we might have been able to work out a stipulation for the continuance.

4. After receipt of the ex parte motion, I attempted to contact Mr. Joseph Miner, All City Realty's President to discuss the matter. Without revealing privileged material, I am authorized to inform the Court of the following. Although Plaintiff believes the excuse tendered is contrived, Plaintiff is amenable to a trial continuance. However, a three week continuance is impossible given my schedule for the balance of the year.

5. Based upon the last Court Order in February or March 2009 continuing the trial date to September 15, 2009, I blocked off the time both before the trial to prepare and during the nine court days that the trial is allotted. That effectively consumes one month of my practice for which I had scheduled little else (from about September 5 to early October). However, because that time was blocked out, the courts in my other cases have assigned trial dates immediately following the end of this case and my schedule is packed until mid-January. If the Court requires a

detailed account of my trial schedule, I can provide it.

6. If the trial is continued, I would need it continued to late January or early February 2010.

7. I thank the Court for its consideration of the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of August, 2009 at Los Angeles, California.

*[signature]*

Jeffrey F. Sax