David B. Sandelands, Bar No. 198,252
Peter S. Veregge, Bar No. 155,769
CISLO & THOMAS LLP
1333 Second Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Facsimile: (310) 394-4477
Email: dsandelands@cislo.com
       pveregge@cislo.com

Attorneys for Defendant
RE/MAX Marquee Partners, Inc. (formerly CF Real Estate Loans, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ALL CITIES REALTY, INC., a California Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>CF REAL ESTATE LOANS, INC., a California Corporation, Doing Business As RE/MAX ALL CITIES REALTY, AND DOES 1 TO 20,<br><br>　　　Defendant. | Case No. SACV05-615 AHS (MLGx)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE JURY TRIAL DATE FROM SEPTEMBER 15, 2009, TO FEBRUARY 9, 2010, AT 9:00 A.M.** |

1  Having considered Defendant RE/MAX Marquee Partners, Inc.'s
2  (formerly CF Real Estate Loans, Inc.) *Ex Parte* Application for an order
3  continuing the start of trial in this action or, in the alternative, leave to conduct
4  a trial deposition, and Plaintiff All Cities Realty, Inc.'s conditional non-
5  opposition, and good cause appearing therefor,

7  THE COURT HEREBY ORDERS, ADJUDGES AND DECREES:
8  Trial in this action is continued from September 15, 2009, at 9:00 a.m.,
9  to February 9, 2010, at 9:00 a.m.

11 **IT IS SO ORDERED.**

13 Dated: August 7, 2009.   By:   ALICEMARIE H. STOTLER
                                   Hon. Alicemarie H. Stotler
                                   United States District Court Judge